IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JAMES LOUIS BROCK III, | * |
| Petitioner, | * |
| v. | Case No. 4:21-CV-194 (CDL) |
| | * |
| STATE OF GEORGIA, *et al.,* | |
| | * |
| Respondents. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated June 24, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 24th day of June, 2022.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk